McMULLEN LEAVENS Co., INCORPORATED, Appellant, *v.* L. I. VAN BUSKIRK Co., Defendant, and MILL FACTORS CORPORATION, Respondent.

Argued June 1, 1949; decided July 19, 1949.

*George F. Reid* for appellant.

*Samuel Weinberg, Jacob M. Dinnes* and *Harold H. Cutler* for respondent.

Judgment affirmed, with costs. Order of Appellate Division insofar as it affirms the denial of summary judgment to plaintiff affirmed. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.